JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA PENSION PLAN, ET AL.,<br><br>    Plaintiffs,<br><br>    v.<br><br>NITEOWL COMMUNICATIONS,<br><br>    Defendant. | NO. CV 08-03621 SJO (PJWx)<br><br>**JUDGMENT** |

After full consideration of the Plaintiffs' Motion for Default Judgment, including the evidence and authorities submitted by counsel,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:

Trustees of Southern California IBEW-NECA Pension Plan, Trustees of the Southern California IBEW-NECA Health Trust Fund, Trustees of the Los Angeles County Electrical Educational and Training Trust Fund, Trustees of the National Electrical Benefit Fund, Trustees of the Southern California IBEW-NECA Labor-Management Cooperation Committee, Trustees of the National IBEW-NECA Labor-Management Cooperation Committee, and Administrative Maintenance Fund shall recover from Niteowl Communications ("Niteowl"), a Nevada corporation, the principal amount of $17,664.40 (consisting of unpaid fringe benefit contributions of $15,849.96, pre-judgment interest of $458.43, and liquidated damages of $1,356.01), together with attorney's

fees of $2,624.00, and costs of $694.93, plus post-judgment interest as provided by law from the date of entry of judgment herein until the date the judgment is paid in full.

December 5, 2008

/S/ S. James Otero

---
S. JAMES OTERO
UNITED STATES DISTRICT JUDGE